# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162483

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JENNIFER ST. AMANT,
     Plaintiff,

v                                                                       SC: 162483

BOARD OF LAW EXAMINERS,
     Defendant.

_____/

     On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



Clerk

t0322